RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC 28 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
for the
Northern District of Georgia
Atlanta Division

_Ara Ohanian_
Plaintiff,

v.                    Case Number:

**1:18-CV-5910**

_Tekno Products Inc._
Defendant,

I have "priority" of MY Trademark: "Garden Genie" which has been infringed upon by Tekno Products Inc., which is a notorious repeat offender for the same & similar Intellectual Property Infringement. This has caused me to Lose all my revenue since 2016. My Livelihood is at stake.

Currently I've been fighting to defend my Intellectual Property in TTAB, but Tekno Products Inc. has delayed as much as possible in an attempt to depleat my resources. I'm left with no other choice after THEY Threatened to sue me falsely.