# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ARA OHANIAN,<br><br>    Plaintiff,<br><br>v.<br><br>TEKNO PRODUCTS, INC. and INTELLIVISION, INC.,<br><br>    Defendants,<br><br><br>TEKNO PRODUCTS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>GLOVE TRENDS, INC., ARA OHANIAN, Individually and a/k/a AARON OHAN and d/b/a WWW.HONEYBADGERGLOVES.COM, Unknown Websites 1-10, Various John Does 1-10, and Unknown Entities, 1-10,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:18-cv-05910-AT<br><br><br><br><br><br><br><br>CONSOLIDATED<br>CIVIL ACTION NO.<br>1:20-cv-0051-AT |

## **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff / Counter-Defendant Ara Ohanian and Defendant / Counter-Plaintiff Tekno

Products, Inc. (collectively, the "Parties") hereby stipulate to dismiss this action, including all claims against any and all parties to this action. The dismissal is with prejudice, with each party to bear its own costs and fees.

Respectfully submitted this 16th day of April, 2021.

| | |
|---|---|
| /s/ D. Tennell Lockett | /s/ John H. Choi |
| MR. D. TENNELL LOCKETT | MR. JOHN H. CHOI |
| Georgia Bar No. 455547 | *Admitted pro hac vice* |
| | |
| **TOWNSEND & LOCKETT, LLC** | **JOHN H. CHOI & ASSOCIATES LLC** |
| 1100 Peachtree Street, NE, Ste. 950 | 65 Challenger Road, Suite 100 |
| Atlanta, Georgia 30309 | Ridgefield Park, NJ 07660 |
| Telephone:(404) 870-8501 | Telephone:(201) 580-6600 |
| Fax: (404) 870-8502 | Fax: (201) 625-1108 |
| tennell.lockett@townsendlockett.com | jchoi@jchoilaw.com |
| | |
| *Attorneys for Defendant/Counter-Plaintiff Tekno Products, Inc.* | Scott P. Amy |
| | Georgia Bar No. 141416 |
| | **THOMAS HORSTEMEYER LLP** |
| | 3200 Windy Hill Road SE, Suite 1600E |
| | Atlanta, GA 30309 |
| | Telephone: (770) 933-9500 |
| | Fax: (770) 951-0933 |
| | scott.amy@thomashorstemeyer.com |
| | |
| | *Attorneys for Plaintiff/Counter-Defendant Ara Ohanian* |

**IT IS SO ORDERED**, this ___ day of April, 2021.

_____
HON. AMY TOTENBERG
UNITED STATES DISTRICT JUDGE